## STATE v. ADAMS.

No. 3636.   Opinion Filed May 14, 1912.

(123 Pac. 1127.)

*Error from District Court, Pottawatomie County;*
*Charles B. Wilson, Jr., Judge.*

Proceeding by the State against George M. Adams.

Judgment for defendant, and the State brings error.   Dismissed.

*C. P. Holt,* Co. Atty., for the State.

*F. H. Reily, George Jenkins,* and *William Beatty,* for defendant in error.

KANE, J. This cause comes on to be heard upon a motion by the defendant in error to dismiss the appeal, upon the ground, among others:

"Because the record filed herein by plaintiff in error shows that judgment was rendered upon a demurrer to the evidence, and no·motion for a new trial is shown in said record, and there is nothing before the court for adjudication."

The motion to dismiss must be sustained. In *Stump v. Porter et al., ante,* 120 Pac. 639, it was held that "the ruling on a demurrer to the evidence is a decision occurring on the trial, and in order to enable the Supreme Court to review such ruling it is necessary that a motion for a new trial be filed within the time prescribed by law." Another recent case to the same effect is *James v. Jackson et al.,* 30 Okla. 190, 120 Pac. 288. The appeal must be dismissed.

All the Justices concur.